IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GUSTAVO CORTINAS, III, | § § § | |
| *Plaintiff,* | § § | SA-21-CV-00309-XR |
| vs. | § § | |
| COMMISSIONER OF SOCIAL SECURITY, | § § § | |
| *Defendant.* | § § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On July 18, 2022, the undersigned issued a Report and Recommendation recommending the Commissioner's decision finding Plaintiff not disabled be affirmed. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 19th day of July, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1